UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BEE CUPS LLC,<br><br>  Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT 1,<br><br>  Defendants. | Civil Action No. __4:25-cv-246__ |

## ORDER

  Before the Court is Plaintiff's Motion for Leave to File Complaint Under Seal. Plaintiff requests that Plaintiff's Original Complaint and its attached Exhibits 1-5 be filed under seal until the Court has the opportunity to issue preliminary injunctive relief in this case, and, if granted, the relief ordered therein has been effectuated. The Court, having reviewed the Motion, finds that good cause has been shown and **GRANTS** the Motion. Therefore, Plaintiff's Complaint and its attached Exhibits 1-5 shall be filed under seal and shall remain under seal until further order from this Court.

  **So ORDERED and SIGNED this 18th day of March, 2025.**

*John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE