**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| Bee Cups LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 4:25-cv-00246-JDK-JDL |
| v. | ) |
| | ) Defendant Light in the Box Limited |
| DOES 1-297, | ) Fed. R. Civ. P. 7.1 Disclosures |
| | ) |
| Defendants. | ) |

**NOW COMES** Light in the Box Limited, by and through its undersigned counsel, and provides the following disclosures under Fed. R. Civ. P. 7.1 and the Court's standing order:

1. LightintheBox Holding Co., Ltd.

Dated this April 30, 2025

                                                              Respectfully Submitted,

                                                              /s/Adam E. Urbanczyk
                                                              Adam E. Urbanczyk
                                                              AU LLC
                                                              444 W. Lake St. 17th Floor
                                                              Chicago, IL 60606
                                                              (312) 715-7312
                                                              adamu@au-llc.com
                                                              *Counsel for Defendant*