**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| BEE CUPS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT 1.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:25-cv-246-JDK-JDL |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

On March 12, 2025, Plaintiff Bee Cups LLC filed this action against Defendants. Docket No. 1. The case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for disposition of the action.

On August 4, 2026, the Magistrate Judge issued a Report and Recommendation recommending that the Court enter default judgment against Defendants, grant Plaintiff's request for a permanent injunction, and award Plaintiff its $405.00 filing fee. Docket No. 77. On September 15, 2026, the Magistrate Judge issued a separate Report and Recommendation recommending that the Court award Plaintiff $472,878.00 in actual damages, to run jointly and severally against defaulting Defendants. Docket No. 83. No objections to the Reports were filed.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and

Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, no objections were filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Reports and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Reports and Recommendations of the United States Magistrate Judge (Docket Nos. 77; 83) as the findings of this Court. It is therefore **ORDERED** that Plaintiff's motion for default judgment (Docket No. 74) is **GRANTED**. Plaintiff is awarded $472,878.00 in actual damages and its $405.00 filing fee, to run jointly and severally against defaulting Defendants. Defaulting Defendants are permanently enjoined from infringing on Plaintiff's Copyright Registrations and using Plaintiff's media without authorization.

So **ORDERED** and **SIGNED** this **16th** day of **October, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE